JAMES BONINI
CLERK

05 FEB 24 AM 11:20

WEST DIV CINCINNATI

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

No: 03-3880

Filed: February 23, 2005

GARY GOLDMAN

Plaintiff - Appellee

1:01cv125

v.

EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES

Defendant - Appellant

**MANDATE**

Pursuant to the court's disposition that was filed 1/25/05 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ...........$
Printing .............$

Total .........$

Deputy Clerk

