### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| Gary Goldman, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:01-CV-125 |
| | ) |
| vs. | ) |
| | ) |
| Equitable Life Assurance | ) |
| Society of the | ) |
| United States, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

Pursuant to the mandate of the Sixth Circuit Court of Appeals, Defendant Equitable Life Assurance Society of the United States' motion for summary judgment (Doc. No. 40) is well-taken and is **GRANTED**. The Clerk of Court is ordered to enter judgment on the complaint in Defendant's favor. **THIS CASE IS CLOSED.**

**IT IS SO ORDERED**

Date  March 7, 2005                    s/Sandra S. Beckwith
                                   Sandra S. Beckwith, Chief Judge
                                     United States District Court