**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Gary Goldman,**
    **Plaintiff**

-vs-                              Case No.   1:01-cv-125

**Equitable Life Assurance**
**Society of the United States,**
    **Defendant**

# JUDGMENT

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered on the complaint in favor of Defendant.

Date:  March 7, 2005                               James Bonini, Clerk

                                                    By:  s/Mary C. Brown
                                                            Mary C. Brown, Deputy Clerk