*Office of the Clerk*
*United States District Court*
*103 Potter Stewart U.S. Courthouse*
*100 East Fifth Street*
*Cincinnati, Ohio  45202*
*513/564-7520*

January 10, 2006

All Counsel

    RE:    1:01-cv-125 Goldman v Equitable Life Assurance

    As you are aware, Judgment was entered in the above captioned case on March 7, 2005.   Therefore, should you choose to retrieve any trial exhibits on behalf of your client, please do so by January 20, 2006.  **Please call me to make arrangements**.  Any exhibits not retrieved by this date will be discarded.

    Sincerely,

    s/Mary Brown
    Mary Brown
    Case Manager to Judge Beckwith

cc:  File